UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF IOWA

| | |
|---|---|
| KYLE REDINGER, | ) |
| | ) |
| Plaintiff. | ) Case No. 4:23-cv-00100-SMR-HCA |
| | ) |
| v. | ) |
| | ) |
| BNSF RAILWAY COMPANY and | ) **STIPULATION OF DISMISSAL** |
| NATIONAL RAILROAD PASSENGER | ) **WITH PREJUDICE** |
| CORPORATION D/B/A AMTRAK, | ) |
| | ) |
| Defendants. | ) |
| | ) |

COMES NOW the Plaintiff, Kyle Redinger, and the Defendants, BNSF Railway Company and National Railroad Passenger Corporation d/b/a Amtrak, by and through their respective attorneys, and hereby Stipulate and Agree that all of Plaintiff's claims against Defendants should be dismissed with prejudice and in bar of refiling, with the parties to bear their own costs and attorneys' fees incurred in litigating this matter.

Dated: July 18, 2024

/s/ *Nathan L. Karlin*
Nathan L. Karlin, KS# 26392
(admitted pro hac vice)
POTTROFF & KARLIN, LLC
320 Sunset Ave.
Manhattan, KS 66502
785-539-4656
nathan@pottroff.com

Danny L. Cornell
CORNELL LAW
111 East Washington Street
PO Box 27
Mt. Pleasant, IA 52641
319-219-2800
danny@cornellinjurylaw.com

Attorneys for Plaintiff Kyle Redinger

/s/ *Mitchell R. Kunert*
Mitchell R. Kunert
Michael W. Thrall
NYEMASTER GOODE, P.C.
700 Walnut Street, Suite 1600
Des Moines, IA 50309-3899
T: 515-283-3100
F: 515-283-8045
Email: mwt@nyemaster.com
       mrk@nyemaster.com

Attorneys for Defendant BNSF Railway Company and National Railroad Passenger Corporation d/b/a Amtrak